IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL GEDDINGS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2:22-cv-565 |

## NOTICE OF REMOVAL

Defendant, Midland Credit Management, Inc. ("Defendant" or "Midland"), by and through its undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §1441(a). The grounds for this removal are set forth as follows:

1. On or about March 7, 2022, Plaintiff, Paul Geddings (the "Plaintiff"), filed a Complaint in the Court of Common Pleas of Allegheny County, Pennsylvania entitled *Paul Geddings, individually and on behalf of all others similarly situated v. Midland Credit Management, Inc.*, at Docket Number GD-22-002566 (the "State Court Action").

2. Pursuant to § 1446(a), a copy of the Complaint, which constitutes copies of all "process, pleadings, and orders" in the State Court Action is attached hereto as **Exhibit 1**.

3. Plaintiff's Complaint alleges that Midland violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter, the "FDCPA"), in connection with Midland's alleged efforts to collect a certain debt from Plaintiff.

4. Plaintiff's action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a) because the Complaint alleges violations against Defendant under the FDCPA.

5. This Notice of Removal is being timely filed within thirty (30) days of receipt of the Complaint as required by 28 U.S.C. §1446(b).

6. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon Plaintiff and a copy is being filed with the Prothonotary for the Court of Common Pleas of Allegheny County, Pennsylvania.

7. A copy of the Notice of Filing of Notice of Removal, which is being filed with the clerk of the state court in which the action is pending (and which will be served on Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d)), is attached hereto as **Exhibit 2**.

8. This Court is part of the "district and division" embracing the place where the Complaint was filed—Allegheny County, Pennsylvania—and so this Court is the proper venue for purposes of removal. 28 U.S.C. § 1446(a).

9. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

10. If Plaintiff seeks to remand this case, or this Court considers remand *sua sponte*, Defendant respectfully requests the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

**WHEREFORE,** Midland Credit Management, Inc., respectfully requests that this action be removed to the United States District Court for the Western District of Pennsylvania.

                                            Respectfully submitted,

                                            **BLANK ROME, LLP**

Dated: April 14, 2022                        <u>*/s/ Michael P. Trainor*</u>
                                            Michael P. Trainor, Esq., Attorney ID No. 209299
                                            Jonathan F. Ball, Esq., Attorney ID No. 59420
                                            One Logan Square – 130 N. 18th Street
                                            Philadelphia, PA 19103
                                            Tel. (215) 569-5500
                                            Fax (215) 569-5555
                                            Email:  jonathan.ball@blankrome.com
                                                           michael.trainor@blankrome.com
                                            *Counsel for Midland Credit Management, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2022, a true and correct copy of the foregoing document was served by First Class United States Mail and by e-mail upon the following individuals:

Kevin Abramowicz
Kevin W. Tucker
Chandler Steiger
Stephanie Moore
East End Trial Group LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel: (412) 223-5740
Fax: (412) 626-7101
kabramowicz@eastendtrialgroup.com
ktucker@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Attorneys for Plaintiff*

                                          */s/ Michael P. Trainor*
                                          Michael P. Trainor